Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROJECT MAGNOLIA, LLC, a Washington limited liability corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MANNON L. WALTERS, INC., an Illinois corporation; and MANNON L. WALTERS,<br><br>　　　　　　Defendants. | NO. 2:15-CV-00729-JCC<br><br>NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST ALL PARTIES |

TO:   CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Pursuant to LCR 11(b), notice is hereby given that all claims against all parties in this action have been settled in principal subject to execution of a definitive agreement. Any trials or other hearings in this matter may be stricken from the Court calendar. This notice is being filed with the consent of all parties.

NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST ALL PARTIES   - 1 -

Betts Patterson Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1059613.docx/062816 0937/7375-0052

1  DATED this 28th day of June, 2016.

2

| | |
|---|---|
| 3  SISAM & ASSOCIATES, LLP | BETTS, PATTERSON & MINES, P.S. |
| 4  By  /s/ Joshua H. Sisam [per email authorization] | By  /s/ James D. Nelson |
| 5  Joshua H. Sisam, *Admitted Pro Hac Vice*<br>By  /s/ Edwin L. Sisam [per email authorization] | By  /s/ Shaina R. Johnson<br>By  /s/ Natalie A. Moore |
| 6  Edwin L. Sisam, *Admitted Pro Hac Vice*<br>2 Spencer Road, Suite 101 | James D. Nelson, WSBA #11134<br>Shaina R. Johnson, WSBA #46079 |
| 7  Boerne, TX 78006<br>Phone: (830) 428-0333 | Natalie A. Moore, WSBA #45333<br>BETTS, PATTERSON & MINES, P.S. |
| 8  Fax: (830) 331-4044 | One Convention Place, Suite 1400 |
| 9  josh@sisam.com<br>ed@sisam.com | 701 Pike Street<br>Seattle WA  98101-3927 |
| 10  Attorneys for Plaintiff | Telephone:    (206) 292-9988<br>Facsimile:    (206) 343-7053 |
| 11  | E mail: jnelson@bpmlaw.com<br>E mail: sjohnson@bpmlaw.com |
| 12  HOLMES WEDDLE & BARCOTT | E mail: nmoore@bpmlaw.com<br>Attorneys for Defendants |
| 13  By  /s/ John Casperson [per email authorization] | |
| 14     John Casperson, WSBA #14292<br>By  /s/ Lafcadio Darling [per email authorization] | |
| 15     Lafacadio Darling, WSBA #29963<br>HOLMES WEDDLE & BARCOTT | |
| 16  999 Third Avenue, Ste. 2600 | |
| 17  Seattle, WA 98104<br>Telephone: (206) 292-8008 | |
| 18  Facsimile: (206) 340-0289<br>E mail: Jcasperson@hwb-law.com | |
| 19  E mail: LDarling@hwb-law.com<br>Attorneys for Plaintiff | |

NOTICE OF SETTLEMENT OF ALL
CLAIMS AGAINST ALL PARTIES        - 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1059613.docx/062816 0937/7375-0052

# CERTIFICATE OF SERVICE

I, Natalie A. Moore, hereby certify that on June 28, 2016, I electronically filed the following:

- **Notice of Settlement of all Claims Against all Parties; and**
- **Certificate of Service.**

with the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Plaintiff Project Magnolia, LLC*
Joshua H. Sisam
Edwin L. Sisam
Sisam & Associates, LLP
2 Spencer Rd Ste 101
Boerne, TX 78006

*Counsel for Plaintiff Project Magnolia, LLC*
John Casperson
Lafacadio Darling
Holmes Weddle & Barcott
999 Third Avenue, Ste. 2600
Seattle, WA 98104

DATED this 28th day of June 2016.

BETTS, PATTERSON & MINES P.S.

By  */s/ Natalie A. Moore*
     Natalie A. Moore, WSBA #45333
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:  (206) 292-9988
Facsimile:  (206) 343-7053
E-mail:     nmoore@bpmlaw.com
Attorneys for Defendants

NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST ALL PARTIES - 3 -

Betts Patterson Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1059613.docx/062816 0937/7375-0052